IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**ANTHONY SMITH** and
**FLYING A.J.'S TOWING COMPANY**,
(a Wisconsin limited liability company)

                                                    ORDER
                        Plaintiffs,      Case No.: 10-CV-62

v.

**JOHN WILSON** (in his official capacity as
Police Chief and in his individual capacity),

and

**TOWN OF BELOIT, WISCONSIN**
(a municipal corporation)

                                          Defendants.

COURT'S RULINGS ON OBJECTIONS TO DEPOSITION
TESTIMONY OF THE HONORABLE KENNETH FORBECK

| Defendants' Designations | Plaintiffs' Designations | Objections | Court's Ruling |
|---|---|---|---|
| Introduction, Page 1 – 4 | | | |
| Background, Page 5 – 8 | | Page 5 lines 22-25; Page 6 lines 1-5 | Sustained; page 5 lines 22-25 and page 6 lines 1-5 excluded. |
| Page 9 lines 1 – 25 | | Page 9 line 14-24 | Overruled; admitted not for the truth of the matter asserted. |
| Page 10 lines 1 – 25 | | Page 10 line 25 | Sustained; Page 10 line 25 excluded. |
| Page 11 lines 1 – 25 | | Page 11 line 1-10 | Sustained; Page 11 lines 1-9 excluded. |
| Page 12 lines 1 – 16 | | | |
| | | Page 12 lines 21 - 25; Page 13 lines 1 – 11 | n/a (neither party has designated the testimony subject to the objection) |
| Page 14 lines 19 – 25 | | | |
| Page 15 lines 1 – 5 | | | |
| | Page 15 lines 6-25 | | |

|  |  | Page 16 line 1-6 |  |
|---|---|---|---|
| Page 16 lines 7 – 25 |  |  |  |
| Page 17 lines 1 – 25 |  |  |  |
| Page 18 lines 1 – 4 |  |  |  |
| Page 19 lines 1 – 25 |  | Page 19 lines 1-25 | Sustained; Page 19 lines 1-25 excluded. |
| Page 20 lines 1 – 13 |  | Page 20 lines 1-13 | Sustained; Page 20 lines 1-13 excluded. |
|  |  | Page 20 line 18 | n/a |
| Page 21 lines 7 – 25 |  | Page 21 lines 7-25 | Overruled |
| Page 22 lines 1 – 25 |  | Page 22 lines 1-10 | Overruled |
| Page 23 lines 1 – 25 |  | Page 23 lines 16-25 | Overruled |
| Page 24 lines 1 – 25 |  | Page 24 line 1-25; (defendants withdrew their objection at Page 24 line 2) | Overruled |
| Page 25 lines 1 – 25 |  | Page 25 lines 1-24 | Overruled |
| Page 26 lines 1 – 6 |  |  |  |
|  | Page 26 lines 7-24 | Page 26 line 25; Page 27 lines 1 – 2 | Overruled |
|  | Page 27 lines 3-4 |  |  |
| Page 28 lines 17 – 24 |  | Page 28 lines 17-24; (defendants withdrew their objection at Page 28 line 25) | Sustained; calls for a legal conclusion. Page 28 lines 17-24 excluded. |
| Page 29 lines 8 – 21 |  | Page 29 lines 8-21 | Sustained; calls for a legal conclusion. Page 29 lines 8-21 excluded. |
|  |  | Page 30 lines 2, 12 | n/a |
|  |  | Page 31 line 21 | n/a |
|  |  | Page 32 lines 1 - 2 | n/a |
| Page 37 lines 10 – 25 |  | Page 37 lines 10-25 | Overruled |
| Page 38 lines 1 – 25 |  | Page 38 lines 1-25 | Overruled |
| Page 39 lines 1 – 10 |  | Page 39 lines 1-10 | Overruled |
|  |  | Page 39 line 15 | n/a |
|  |  | Page 40 | n/a |
|  |  | Page 41 | n/a |
|  |  | Page 42 | n/a |
|  |  | Page 43 lines 12 – 15 | n/a |
|  |  | Page 45 lines 9, 12 | n/a |
|  | Page 50 lines 9-12 |  |  |
| Page 50 lines 17 – 25 |  | Page 50 lines 17-25 | Overruled |
| Page 51 lines 1 – 25 |  | Page 51 lines 1-25 | Overruled |
| Page 52 lines 22 – 24 |  | Page 52 lines 22-24 | Overruled |
| Page 53 lines 5 – 20 |  | Page 53 lines 5-20 | Overruled; except Page 53 lines 18-20 excluded. |

| Page 54 lines 16 – 22 |                    | Page 54 lines 16-22   | Overruled |
|                       | Page 54 lines 23-25 |                       |           |
|                       | Page 55 lines 1-25  | Page 56 lines 1 – 4   | Overruled |
|                       | Page 56 lines 8-19  |                       |           |
|                       |                    | Page 57 lines 18 - 24 | n/a       |
|                       |                    | Page 58 lines 21 – 23 | n/a       |
|                       | Page 59 lines 5-21 |                       |           |
|                       |                    | Page 60 line 8        | n/a       |
|                       | Page 62 lines 1-25 | Page 62 lines 4 – 7   | Overruled |
|                       | Page 63 lines 1-8  |                       |           |

Entered this 21st day of April, 2011.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge