IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

**ANTHONY SMITH** and
**FLYING A.J.'S TOWING COMPANY**,
(a Wisconsin limited liability company)

                                                                      ORDER
                                     Plaintiffs,         Case No.: 10-CV-62

v.

**JOHN WILSON** (in his official capacity as
Police Chief and in his individual capacity),

and

**TOWN OF BELOIT, WISCONSIN**
(a municipal corporation)

                                                         Defendants.
_____

**COURT'S RULINGS ON OBJECTIONS TO DEPOSITION
TESTIMONY OF DR. KENNETH ROBBINS**
_____

      Dr. Robbins will be testifying by means of videotaped deposition. The parties submitted designations and counter-designations, a number of which contain objections. Accordingly, the court rules as follows:

| Defendants' Designations | Plaintiffs' Designations | Objections | Court's Ruling |
|---|---|---|---|
| Page 3 & 4 (Introduction) | | | |
| Page 4 lines 13 - 25 | | | |
| Page 5 lines 1 – 25 | | | |
| Page 6 lines 1 – 25 | | | |
| Page 7 lines 1 – 25 | | | |
| Page 8 lines 1 – 25 | | | |

1

| | | | |
|---|---|---|---|
| Page 9 lines 1 – 25 | | | |
| Page 10 lines 1 – 25 | | | |
| Page 11 lines 7 – 25 | | Page 11 lines 1 - 4 | Objection Waived |
| Page 12 lines 1 – 25 | | Page 12 lines 1-21 | Sustained as to Page 12 lines 22-25, otherwise overruled. |
| Page 13 lines 1 – 25 | | | |
| Page 14 lines 1 – 25 | | Page 14 lines 1-6 | Overruled |
| Page 15 lines 1 – 25 | | Page 15 lines 1-25 | Overruled |
| Page 16 lines 1 – 25 | | Page 16 lines 1-25 | Overruled |
| Page 17 lines 1 – 25 | | Page 17 lines 4-25 | Overruled |
| Page 18 lines 1 – 25 | | Page 18 lines 2-25 | Overruled |
| Page 19 lines 1 – 25 | | | |
| Page 20 lines 1 – 25 | | Page 20 lines 1-6, 23-25 | Overruled |
| Page 21 lines 1 – 25 | | Page 21 lines 1-13 | Overruled |
| Page 22 lines 1 – 25 | | Page 22 lines 8-25 | Overruled |
| Page 23 lines 1- 14, 19 – 25 | | Page 23 lines 15 – 17 | Sustained; exclude Page 23 lines 8-20 |
| | | Page 23 lines 1-7 and 21-25 | Form objections were waived |
| Page 24 lines 1 – 25 | | Page 24 line 1-22 | Overruled |
| Page 25 lines 1 – 7 | | Page 25 lines 8 – 25 | Overruled |
| Page 26 lines 17 – 25 | | Page 26 lines 1 – 16 | Overruled; but excluding Page 26 lines 17-25 and Page 27 line 1 as cumulative. |
| Page 27 lines 1 – 25 (except the following sentence which appears on lines 20-21: "He's had other lawsuits about this issue"). | | Page 27 lines 1-19, 22-25 | Sustained as to Page 27 lines 7-25 and otherwise overruled. |
| Page 28 lines 1 – 25 | | Page 28 line 1-25 | Sustained as to Page 28 lines 1-3 and otherwise overruled. |
| Page 29 lines 1 – 25 | | Page 29 lines 3-9 | Overruled |
| Page 30 lines 1 – 25 | | Page 30 lines 1-25 | Overruled |
| Page 31 lines 1 – 25 | | Page 31 lines 1-25 | Sustained as to Page 31 lines 14-25 and otherwise overruled. |

| | | | |
|---|---|---|---|
| Page 32 lines 1 – 25 | | Page 32 lines 1-25 | Sustained as to Page 32 lines 1-25. |
| Page 33 lines 1 – 25 | | Page 33 lines 1-25 | Sustained as to Page 33 lines 1-25. |
| Page 34 lines 1 – 25 | | Page 34 lines 1-25 | Sustained as to Page 34 lines 1-25. |
| Page 35 lines 1 – 6 | | | |
| | Page 35 lines 7-25 | | |
| | Page 36 line 1 | Page 36 lines 2 – 4 | Overruled |
| | Page 36 lines 5-17 | Page 36 lines 20 – 25; Page 37 lines 11 – 17 | Page 36 lines 11-17 excluded. |
| | Page 37 lines 18-23 | | Page 37 lines 18-23 excluded. |
| | Page 39 lines 4-9 | | |
| | Page 41 lines 2-7 | | |
| | Page 43 lines 11-25 | Page 43 lines 18-19 | Overruled |
| | Page 44 lines 1-25 | | |
| | Page 45 lines 1-25 | | |
| | Page 46 lines 1-3 | Page 46 lines 4 – 8 | Overruled |
| | Page 46 lines 24-25 | | |
| | Page 47 lines 1-3 | | |
| | | Page 48 lines 15 – 17 | n/a (neither party has designated the testimony subject to the objection) |
| | Page 48 lines 21-25 | | |
| | Page 50 lines 14-25 | | |
| | Page 51 lines 1-25 | | |
| | Page 52 lines 1-18 | Page 52 lines 19 – 25; Page 53 line 1 | Sustained; Page 52 lines 14-18 excluded. |
| | Page 53 lines 14-25 | Page 53 lines 19, 20 | Overruled |
| | Page 54 lines 1-25 | Page 54 lines 4 – 5 | Overruled |
| | Page 55 lines 1-25 | | |
| | Page 56 lines 1-3 | | |
| Page 56 lines 21 – 25 | | Page 56 lines 21-25 | Overruled |
| Page 57 lines 1 – 22 | | Page 57 lines 1-22 | Overruled |
| Page 59 lines 9 – 15, 19 – 25 | | Page 59 lines 9-15, 19-25 | Page 59 lines 9-15, 19-25 excluded as cumulative. |
| Page 60 lines 1 – 25 | | | Page 60 lines 1-16 is excluded as cumulative. |
| Page 61 lines 1 – 16 | | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Page 61 lines 23 – 25 | n/a |
|  |  | Page 62 lines 6 – 8 | n/a |
|  | Page 62 lines 10-14 | Page 62 lines 15 – 17 | Sustained; Page 62 lines 10-14 excluded. |
|  | Page 64 lines 19-25; Page 65 lines 1-25; Page 66 lines 1-12 | Page 65 lines 16 – 18 | Sustained; Page 64 lines 19-25, Page 65 lines 1-25, and Page 66 lines 1-12 excluded. |
|  |  | Page 66 lines 20 – 24 | n/a |
|  | Page 67 lines 1-19 |  |  |
|  | Page 69 lines 22-25 |  |  |
|  | Page 70 lines 1-8 |  |  |
|  |  | Page 70 lines 15 – 16 | n/a |
|  |  | Page 71 lines 20 - 21 | n/a |
|  |  | Page 74 lines 6 – 16 | n/a |
|  | Page 74 lines 18-25 |  |  |
|  | Page 75 lines 1-23 |  |  |
|  | Page 76 lines 1-8 |  |  |
| Page 76 lines 9 – 25 |  |  |  |
| Page 77 lines 1 – 3 |  |  |  |
|  | Page 77 lines 4-5 |  |  |
|  |  | Page 77 lines 17 - 21 | n/a |

Entered this 21st day of April, 2011.

                BY THE COURT:

                /s/
                _____
                WILLIAM M. CONLEY
                District Judge