IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY SMITH, *et al.*,

    Plaintiffs,

v.

JOHN WILSON, *et al.*,

    Defendants.

ORDER

Case No. 10-cv-62

The court is in receipt of proposed expert narratives from both parties. Defendants have objected to plaintiffs' narratives. After reviewing the objections, the court approves the following narrative statements of plaintiffs' experts. Defendants' proposed narratives for Dr. Kenneth Robbins and Timothy Muehler (dkt. #144) are also approved.

**I. Dr. Christopher Chapman**

Dr. Chapman is an expert in police administration. He received a bachelor's degree in criminal justice from New Jersey City University, a master's degree in criminal justice from Boston University, and a doctorate degree in criminal justice from North Central University in Prescott Valley, Arizona.

Before joining the City University of New York at Kingsborough as an assistant professor of criminal justice, Dr. Chapman served as a police officer with the Township of Cranford Police Department in New Jersey, retiring as a sergeant after 20 years of service. During his 20 years service as a police officer, Dr. Chapman managed large-scale criminal incidents, assumed command of the police agency during crisis situations, served as a confidential aid to the police chief, conducted internal affairs investigations, disciplined personnel, supervised sworn and civilian personnel, participated in over 3,000 indictable (felony) arrests, and testified in over 800 criminal trials and hearing. He also regularly assisted other law

enforcement agencies, including the United States Department of Home Land Security – Immigrations and Customs Enforcement, the United States Drug Enforcement Administration, New Jersey State Police, New Jersey Office of Information and Technology, and Union County Prosecutors Office.

Dr. Chapman has served as a national and international police academy instructor in the areas of police supervision, methods of instruction, police use of force, defensive tactics, emergency communications, tactical communications, cultural diversity, medical legal drug analysis, and community policing.

Dr. Chapman also has provided consulting services to a wide variety of federal, state and local law enforcement agencies, including but not limited to, the State of Connecticut Office of State Police, the Northern Illinois Training Advisory Board in Rockford, Illinois, the State of Vermont Office of State Police, the Alexandria (Virginia) Police Department, and the Mohegan Tribal Police in Arizona. Among the courses Dr. Chapman has taught are: Police Organization and Administration Management of Public Safety Agencies, and Leadership in Public Administration Minorities and Criminal Justice Multicultural Law Enforcement. Dr. Chapman's publications include: "Racism Masked by Authority," and "Supervision of Police Personnel."

## II. Donald Frankenfeld

Mr. Frankenfeld is an economist and financial expert.  He received his undergraduate degree from Yale, cum laude, his master's degree in business administration from the Harvard Business School, and his master's degree in public administration from the Kennedy School of Government at Harvard.  Mr. Frankenfeld also has studied at Harvard as a Bush Foundation Fellow.

Mr. Frankenfeld testifies and consults on economic, financial and investment matters. Mr. Frankenfeld's professional experience includes working as a forensic economist, financial analyst, securities arbitrator, direct investment marketing manager, investment analyst and economist for a multi-billion dollar trust department, senior securities analyst for the New York Stock Exchange, television station controller, court-appointed receiver, and founder and CEO of a bank-sponsored venture fund providing equity to startups.

## III. Dr. Wilbert Miles

Dr. Miles is a licensed clinical psychologist. Since 1984, he has been in private practice. Dr. Miles performs psychological testing and assessments for adults, offers psychotherapy for individuals and groups, and does management training for public agencies and private corporations.  For the University of Colorado at Boulder, Dr. Miles has served a graduate faculty appointment, acting as a supervisor for advance doctorate clinical psychology students.

Dr. Miles' areas of specialization include post traumatic stress disorder, anxiety and depression, forensic psychology, workplace discrimination, minority mental health issues, cultural diversity, and sports psychology.

Dr. Miles currently is a facilitator for the Character Development Program for the Denver Broncos Football Players / NFL Conduct Management Program.

Since 1980, Dr. Miles has taught courses on black studies and psychology. In the 1980s, he worked as a trainer for the U.S. Department of Justice, and as a federal contractor and supervisor for the Vietnam Veterans Readjustment Act. Since 1986, he has worked with the American Council of Education, and as a consultant for small businesses, local school districts, public human services departments, and private community agencies.

In 1990, President George Bush named one of the programs with which Dr. Miles was working as one of the President's "1,000 Points of Light". He is listed in "Outstanding Black Leaders in Colorado" and is a member of the Rocky Mountain Association of Black Psychologists and the Denver Black Chamber of Commerce.

In 1972, Dr. Miles received his bachelor's degree in psychology from Towson State University in Maryland, and his master's and doctorate degrees in clinical psychology from the University of Colorado, in 1984 and 1986 respectively.

**IV. Dr. Candi Vincent**

Dr. Vincent is a licensed clinical psychologist. In 1996, she received her bachelor's degree from Missouri Southern State University in Joplin, Missouri. Dr. Vincent attended Forest Institute, a professional psychological training school in Springfield, Missouri. She completed a clinical internship at BroMenn Hospital in Bloomington, Illinois, and post-doctoral studies at Southwest Missouri State University.

Dr. Vincent received her license to practice clinical psychology in 2002. Among her work experience is private practice and doing assessments at the Children's Service Center in Pennsylvania.

Since 2008, Dr. Vincent has been working as a clinical psychologist at MercyCare in Janesville, Wisconsin. She sees a racially diverse group of patients.

Entered this 22nd day of April, 2011.

                                              BY THE COURT:

                                              /s/

                                              WILLIAM M. CONLEY
                                              District Judge