IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

ANTHONY SMITH and FLYING A.J.'S
TOWING COMPANY, LLC,

|  |  |  |
|---|---|---|
| Plaintiffs, | | ORDER |
| v. | | |
| | | 10-cv-062-wmc |
| JOHN WILSON and TOWN OF BELOIT, | | |
| Defendants. | | |

_____

Attached to this order are the court's rulings on the specific objections to the parties' designations of Dr. Wilbert Miles' deposition testimony.  After having reviewed all designations, however, the court is having difficulty locating the limited opinions allowed by its ruling on the motion in limine.  (Dkt. #147 at ¶ 35.) Accordingly, plaintiffs' counsel will need to identify for the court those opinions in advance of reading the designations from Dr. Miles' deposition.

Entered this 27th day of April, 2011.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

---

**ANTHONY SMITH** and
**FLYING A.J.'S TOWING**
**COMPANY,**
(a Wisconsin limited liability company)

                                Plaintiffs,

                                           Case No.:  10-CV-62

**v.**

**JOHN WILSON** (in his official capacity as
Police Chief and in his individual capacity),

and

**TOWN OF BELOIT, WISCONSIN**
(a municipal corporation)

                                Defendants.

---

## DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED DEPOSITION
## DESIGNATIONS OF DR. WILBERT MILES

---

| Plaintiffs' Designations | Defendants' Objections | Defendants' Cross Designations | Plaintiffs' Objections to Defendants' Cross Designations | Court's Ruling |
|---|---|---|---|---|
| 11:1-10 | Objection: Cumulative to Court's expert narrative | | | Sustained |
| 11:23-25 | Objection: Cumulative to Court's expert narrative | | | Sustained |
| 12:3 | Objection: Cumulative to Court's expert narrative | | | Sustained |

| | | | | |
|---|---|---|---|---|
| 12:5-14 | Objection: Cumulative to Court's expert narrative | | | Sustained |
| 15:16-17 | Objection: Cumulative to Court's expert narrative | | | Sustained |
| 16:16-24 | | 16:16-24 | | |
| 17:1-4 | | 17:1-4 | | |
| 17:9-18 | | 17:11-20 | | |
| 17:24-25 | | 17:24-25 | | |
| 18:1-14 | | 18:1-15 | | |
| 19:2-8 | | | | |
| 19:13-18 | | | | |
| | | 22:3-19 | | |
| 24:11-14 | Objection: Motions in Limine report not admissible as evidence | | | Sustained |
| 24:20-25 | | | | Sustained |
| 25:1-25 – deleted- mentions "cause" | Objection: reference to "Dr." should be deleted per court ruling | 25:13-17 | | Overruled although plaintiffs may change references to Mrs. to avoid jury confusion. |
| 26:1 – deleted- mentions "cause" | | | | |
| | | 29: 17-23 | | |
| | Objection: reference to "Dr." should be deleted per court ruling | 30: 11-25 | | Same ruling as above. |
| | | 31: 1-5 | | |
| | | 31:19-25 | | |
| | | 32:1-3 | | |
| | | 32:9-14 | | |
| | | 33:6-23 | | |

| | | | | |
|---|---|---|---|---|
| 34:9-18 – deleted- mentions "cause" | Relevant to weight of opinion | 34:1-25 | | Excluded unless defendants <s>want to</s> allow in underlying opinion. |
| 35:9-20- deleted- mentions "cause" | | 35:1-2 | | |
| | | 35:8 | | Excluded |
| 36:1-24 – deleted- mentions "cause" | | | | |
| 37:8-13 | | 37:3-7 | | |
| | | 37:14-17 | | |
| 38:22-25 – deleted- mentions "cause" | Objection: reference to "Dr." should be deleted per court ruling | | | Same ruling |
| 39:1-15 – deleted- mentions "cause" | | | | |
| 40:15-17 | Objection: answer out of context; no question | | | Excluded |
| | | 48:17-20 | | |
| 50:23-25 | Objection: reference to "Dr." should be deleted per court ruling | 50:11-18 | | Same ruling |
| | | 50:23-25 | | |
| 51:1-4 | | 51:1-4 | | |
| 51:12-19 | | 51:12-19 | | |
| | | 52:2-7 | | |
| | | 52:24-25 | | |
| 53:4-25 | Lines 7-10 not needed | 53:1-6 | | Exclude lines 7-10 |
| | | 53:11-25 | | |
| 54:1-25 | | 54:1-14 | | |
| | | 54:21-25 | | |
| 55:1-20 | | 55:1-20 | | |

| | | | | |
|---|---|---|---|---|
| 56:9-22 | | | | |
| 60:9-25 | | 60:1-25 | | |
| 61:1-4 | | | | |
| 61:15-17 | | | | |
| 62:3-13 | | 62:14-25 | | |
| 63:5-9 – deleted – mentions "cause" | Relevant as explanation of damages | 63:1-18 | | Excluded unless defendants want to allow in underlying opinion. |
| 63:13-18 – deleted- mentions "cause" | Relevant as explanation of damages | | | |
| | | 65:21-25 | | |
| | | 66:1-3 | | |
| | | 66:18-25 | | |
| | | 67:1-3 | | |
| | | 68:10-25 | | |
| | | 69:1 | | |
| 76:11-25 | Objection: cumulative and plays to sympathy of jury | | | Overruled |
| 77:1-25 | Objection: cumulative and plays to sympathy of jury | | | Overruled |
| 78:1-2 | Objection: cumulative and plays to sympathy of jury | | | Overruled |
| 78:15-19 | Objection: cumulative and plays to sympathy of jury | | | Overruled |
| 79:7-9 | | | | |
| 80:16-25 | | | | |
| 81:15-19 | Objection: answer out of context; no question | 81:4-7 | | Sustained. If plaintiffs wish to leave in, must read lines 12-14, deleting "two". |
| | | 81: 20-25 | | |
| | | 82: 1 | | |

| | | | | |
|---|---|---|---|---|
| 84:6-20 | | 84:12-22 | | |
| | Objection: reference to "Dr." should be deleted per court ruling | 85: 14-18 | | `Same ruling` |
| 86:18-25 – deleted- mentions "economic loss" | Objection: line 23 reads "economic distribution" | | | `Mooted.` |
| 88:2-4 | | | | |
| 88:9-13 | | | | |
| 92:6-19 – deleted lines referring to "lynched" | | | | |
| 93:21-25 | Objection: answer out of context; no question; prejudicial; not relevant; lack of foundation | | | `Overruled but plaintiffs should add lines 19-20.` |
| 94:1-6 | Objection: answer out of context; no question; prejudicial; not relevant; lack of foundation | | | `Overruled` |
| 94:13-25 | Objection: answer out of context; no question; prejudicial; not relevant; lack of foundation | | | `Overruled` |
| 95:1-7 | Objection: answer out of context; no question | | | `Overruled` |

| | | | | |
|---|---|---|---|---|
| 102:12-19 – deleted refers to books relied upon | | | | |
| 104:20-25 – deleted refers to books relied upon | | | | |
| 105:1-4 – deleted refers to books relied upon | | | | |
| 111:17-25 | Objection: lack of foundation; motion in limine #35 | | | Overruled |
| 112:1-11 | Objection as to line 1: lack of foundation; motion in limine #35 | | | Overruled |
| 126:1-23 | Objection: relevancy | | | Sustained |