# COURTROOM MINUTES
## TRIAL/EVIDENTIARY HEARING

DATE: 4/27/2011 DAY: Wednesday   START TIME: 8:22 AM   TOTAL HOURS: 3 hr, 48 min
JUDGE/MAG.: WMC   CLERK: ARW   REPORTER: CS, LS
PROBATION OFFICER: _____ INTERPRETER: _____ SWORN: YES ☐ NO ☐
CASE NUMBER: 10-CV-62-WMC  CASE NAME: Anthony Smith et al. v. John Wilson et al.

APPEARANCES:
PLAINTIFF(S): Anne Sutton / Patrice Sutton      DEFENDANT(S): Miguel Ruiz / Bennett Broutmeier

PROCEEDINGS: Jury Trial - Third Day; Closing Arguments; Closing Instructions; Deliberations; Verdict on Liability

### PLAINTIFF(S) WITNESS
1-10. _____

### DEFENDANT(S) WITNESS
1. Alan C. Rass
2. Carl R. Bauer
3. James Wood
4-10. _____

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. ___ GRANTED ☐ DENIED ☐ U/A ☐
2. ___ GRANTED ☐ DENIED ☐ U/A ☐
3. ___ GRANTED ☐ DENIED ☐ U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1. ___ GRANTED ☐ DENIED ☐ U/A ☐
2. ___ GRANTED ☐ DENIED ☐ U/A ☐
3. ___ GRANTED ☐ DENIED ☐ U/A ☐

1ST BREAK 9:08  RESUME 9:16  2ND BREAK 9:35  RESUME 9:40
3RD BREAK 9:45  RESUME 10:24  4TH BREAK 10:31  RESUME 10:37
BREAK 12:44  RESUME 2:43  BREAK 2:47
RESUME 4:10  BREAK 4:13  RESUME 4:51
ADJOURNMENT 5:06