IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY SMITH and FLYING A. J.'S
TOWING COMPANY, LLC,

      Plaintiffs,

v.

JOHN WILSON and TOWN OF BELOIT,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-62-wmc

      This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants and this case is dismissed. Defendant John Wilson is awarded statutory costs in the amount of $717.65 and defendant Town of Beloit is awarded statutory costs in the amount of $3,716.86.

Approved as to form this 23rd day of June, 2011.

_____
William M. Conley,
District Judge

_____      6-23-11
Peter Oppeneer, Clerk of Court      Date