United States District Court
Western District of Wisconsin

Office of the Clerk
Post Office Box 432
Madison, Wisconsin 53701
(608) 264-5156

Date: 2/29/12

Gino Agnello, Clerk
United States Court of Appeals
  for the Seventh Circuit
219 South Dearborn Street, Rm 2722
Chicago, IL 60604

RE: Anthony Smith v. John Wilson
D.C. Docket #: 10-cv-62-wmc
USCA Docket #:11-2496

Dear Clerk:

I am sending you herewith the original record on appeal. The record consists of the following:

__1__   Volume of Pleadings on CD; (#1,3,5–10,13,15-16,19-23,27-28,30-38,42,50-58,60-62,
65,68,70-75,77-78,80-84,86-91,96,98-100,111-114,
118-130,132-134,141,143-146,148,150-160,162-177,
186,191-197,199-200,202,204-209,211-217,220-226,
233-236,238-244,246-249,251-261,263-264,271-275,
280-281,283)

__1__   Volume of Transcripts on CD; (#229-230,265-270,284-290)

_____   Volume(s) of Depositions;

_____   Volume(s) of Exhibits:

__1__   Volume of Sealed Documents on CD; (#39,43-49,69,92-95,97,106,108-110,116,131,
136-138,140,147,161,179-183,185,187-188,
190,203,210,231,232,237,250,262)

_____   Other (Loose Volume(s):

Please acknowledge the date of your receipt of the above-mentioned materials on the enclosed copy of this letter and return same to this court or by electronic notification.

Sincerely,
Peter Oppeneer,  Clerk of Court


By: *s/Marlene Olson*
       Deputy Clerk

cc: All parties